NUMBER 13-06-465-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


ROBERT J. RONAN, Appellant,


v.



JERRI RONAN, Appellee.

_________________________________________________________


On appeal from the 135th District Court


of Victoria County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, ROBERT J. RONAN, perfected an appeal from a judgment entered by
the 135th District Court of Victoria County, Texas, in cause number 06-63,736-B. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 12th day of October, 2006.